# Court of Appeals
# of the State of Georgia

ATLANTA,  May 03, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1176. THERIAN WIMBUSH v. THE STATE.**

On December 12, 2022, this Court vacated the trial court order's denying the motion in arrest of judgment Therian Wimbush filed in two cases, and we remanded the cases for the trial court to enter an order dismissing the motion. Case Nos. A22A1622 and A22A1712. On December 21, 2022, the trial court entered an order dismissing Wimbush's motion in arrest of judgment. Then, on February 14, 2023, the trial court entered an order vacating the December 21, 2022 order, stating that it had entered the order prematurely, inasmuch as the trial court had not at that time received the remittitur from this Court; the trial court added that a new order would be entered upon receipt of the remittitur. Wimbush appeals the trial court's February 14, 2023 order. We lack jurisdiction.

"Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court." *Thomas v. Douglas County*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995). In the order Wimbush seeks to appeal, the  trial court expressly stated that it would enter a new order later. Because this direct appeal is not from a final judgment, it must be dismissed. See generally OCGA § 5-6-34 (a); *Seals v. State*, 311 Ga. 739, 748 (3) (860 SE2d 419) (2021).

Moreover, to the extent Wimbush seeks to appeal rulings on issues raised and addressed in earlier appeals, she is barred from doing so because "any ruling by the Supreme Court or the Court of Appeals in a case shall be binding in all subsequent proceedings in that case in the lower court and in the Supreme Court or the Court of

Appeals." OCGA § 9-11-60 (h); see *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011). See Case Nos. A23A0845, A23A0846 (dismissed Mar. 22, 2023), wherein this Court dismissed Wimbush's appeals from the trial court's order dismissing the motion in arrest of judgment.

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,__05/03/2023_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*